ALONSO RIERA, PLAINTIFF AND APPELLEE, *v.* MADERA ET AL., DEFENDANTS AND APPELLANTS.

### First District Court of San Juan.

No. 2659.—Decided February 1, 1924.

Herminio Madera appeals from an order convicting him of contempt of court for failure to obey the restraining order

discussed in *Alonso* v. *Madera et al., ante,* page 661. *Held:* That the evidence as a whole does not show that if the acts complained of were committed by Madera, they were committed after service of the writ; therefore, the order was set aside.

MR. JUSTICE HUTCHISON delivered the opinion of the court.